UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 07-60033 |
| VERSUS | * | JUDGE HAIK |
| JOSEPH JAMES MYERS | * | MAGISTRATE JUDGE HILL |

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing in this case was held on October 5, 2007. I conclude that the following facts require the detention of the defendant pending trial.

### FINDINGS OF FACT

There is probable cause to believe that the defendant has committed a felony involving a minor victim, and a crime of violence as that term is defined by the Bail Reform Act, [18 USC 3156(a)(4)(C)] specifically, possession and distribution of Child Pornography, and that the defendant has not rebutted the presumption established by this finding that no condition or combination of conditions will reasonably assure the safety of the community and the appearance of the defendant at trial.

### WRITTEN REASONS FOR DETENTION

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that: (1) the defendant had in his possession multiple images of child pornography, including the apparent sexual penetration of a

minor and images of sexual bondage of a minor; (2) there has been a confirmed prior instance of the defendant sexually abusing prepubescent girls; (3) the defendant admitted trading pornographic images to FBI agents; and (4) the defendant set up an internet "user group" for the purpose of trading child pornography.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, October 5, 2007.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE